Argued and submitted December 1, 2016, reversed and remanded
January 5, petition for review allowed May 11, 2017 (361 Or 486)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

NATHAN RUSSELL SHOLEDICE,
*Defendant-Appellant.*

Lincoln County Circuit Court
141765; A158781

386 P3d 701

George W. Kelly argued the cause and filed the briefs for appellant.

David B. Thompson, Assistant Attorney General, argued the cause for respondent. With him on the answering brief were Ellen F. Rosenblum, Attorney General, and Paul L. Smith, Deputy Solicitor General. With him on the supplemental answering brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before DeVore, Presiding Judge, and Garrett, Judge, and Wollheim, Senior Judge.

PER CURIAM

Reversed and remanded. *State v. Barnthouse*, 271 Or App 312, 350 P3d 536 (2015), *aff'd on other grounds*, 360 Or 403, 380 P3d 952 (2016) (holding that, for purposes of Article I, section 9, of the Oregon Constitution, law enforcement illegally seized a package by removing it from the stream of mail and submitting it to a dog sniff).